**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Javier BELTRAN–MADRID,**
**Defendant–Appellant.**

**No. 06–10239.**

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 11, 2006.*

Filed Oct. 17, 2006.

Claire Kiehl Lefkowitz, Esq., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Francisco Leon, Esq., Tucson, AZ, for Defendant–Appellant.

Before: TASHIMA, W. FLETCHER and BERZON, Circuit Judges.

MEMORANDUM **

A review of the record and the opening brief indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, appellee's unopposed motion for summary affirmance is granted.

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.